**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————

**No. 04-6590**

——————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVIN LAMONT SMITH,

Defendant - Appellant.

——————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CR-02-17-F)

——————

Submitted:  November 30, 2004        Decided:  December 21, 2004

——————

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

——————

Affirmed by unpublished per curiam opinion.

——————

Davin Lamont Smith, Appellant Pro Se.  David J. Cortes, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

——————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Davin Lamont Smith appeals the district court's order denying his motion for modification of his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Smith, No. CR-02-17-F (E.D.N.C. Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED